IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | 3:22-cr-009 |
| v. | : | |
| **CHARLES L. SMITH, SR.,** | : | **INDICTMENT** THOMAS M. ROSE<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>**FORFEITURE** |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about January 24, 2022, in the Southern District of Ohio, defendant **CHARLES L. SMITH, SR.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded firearm and ammunition each of which was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, defendant **CHARLES L. SMITH, SR.** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in such violation, including but not limited to a Taurus 9mm, Model G2C, serial number 1C0044676 with approximately seven (7) rounds of ammunition and any attachments.

A TRUE BILL

/S/
FOREPERSON

KENNETH L. PARKER
United States Attorney

*Dwight K. Keller*
DWIGHT K. KELLER
Assistant United States Attorney